Constantine Zhukovsky, CA SBN 207181
The Law Offices Of Constantine Zhukovsky
2301-14ᵗʰ Avenue
San Francisco, CA 94116
Telephone: 415.731.1676
Facsimile: 415.704.3383
E-mail: crass47@netscape.com
Attorney For Plaintiffs/Petitioners
VASILY YAKOVLEV, MARINA YAKOVLEVA,
PAVEL YAKOVLEV [minor] and ALEXANDER YAKOVLEY [minor]

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION



| | |
|---|---|
| VASILY YAKOVLEV, MARINA YAKOVLEVA, PAVEL YAKOVLEV [minor] and ALEXANDER YAKOVLEY [minor]<br><br>Plaintiffs,<br><br>V.<br><br>Michael CHERTOFF, in his Official Capacity, Secretary, Department of Homeland Security, Alberto R. GONZALES, in his Official Capacity, Attorney General, U.S. Department of Justice; and David STILL, in his Official Capacity, District Director, California Service Center, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security,<br><br>Defendants. | Case No.  **0890**<br><br>Petition for Writ of Mandamus And Complaint for Declaratory and Injunctive Relief<br><br>Immigration Case, Administrative Procedure Act Case<br><br>Agency No.:<br>For Plaintiff VASILY YAKOVLEY<br>A87 888 617; WAC-05-044-53765<br><br>For Plaintiff MARINA YAKOVLEVA<br>A98 456 227; WAC-05-117-51261<br><br>For Plaintiff PAVEL YAKOVLEV [minor]<br>A99 367 993; WAC-06-093-51416<br><br>For Plaintiff ALEXANDER YAKOVLEY [minor]<br>A99 367 994; WAC-06-063-51434 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORIGINAL
FILED
JAN 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MHP
E-filing

# INTRODUCTION

1. This is an action for declaratory and mandatory relief, authorized by 28 U.S.C §1361, the Mandamus statute; 28 U.S.C. §2201, the Declaratory Judgment Act; 5 U.S.C. §702, Administrative Procedure Act, ("APA").

2. Plaintiffs file this action to compel the Department of Homeland Security ("DHS") to adjudicate the Application for Adjustment of Status (Form I-485) filed on behalf of Plaintiff, VASILY YAKOVLEV, based on approved I-140 Immigrant Petition For Alien Worker, also adjudicate the application for adjustment of status Form I-485 filed on behalf of Plaintiff MARINA YAKOVLEV, Wife/spouse of primary beneficiary and two minor children ALEXANDER YAKOVLEV and PAVEL YAKOVLEV direct beneficiaries of Immigrant Petition.

3. Plaintiffs I-485 Applications have been pending now since December 6, 2004. According to Defendants, DHS has indefinitely suspended the processing of I-485 Application in the U.S., even though Plaintiffs have a statutory and regulatory right to the granting of such an application. See 8 U.S.C. §1158(b)(3); 8 C.F.R. §308.21(a)(c). Plaintiff, therefore respectfully seeks appropriate relief before this Court.

## JURISDICTION AND VENUE

4. This Court has jurisdiction over the present action pursuant to 28 U.S.C. §1361, the mandamus statute; 28 U.S.C. § 2201,

2

United States District Court For The Northern District Of California San Francisco Division
Petition For Writ Of Mandamus And Complaint For Declaratory And Injunctive Relief
VASILY YAKOVLEV, Plaintiff V. MICHAEL CHERTOFF, et.al.

1  The Declaratory Judgment Act; 28 U.S.C. § 1331, general federal

2  question jurisdiction; and 5 U.S.C. § 702, the Administrative

3  Procedure Act ("APA").

4      5.  Venue is properly with a Court pursuant to 28 U.S.C. §

5  1391(e) because this is a civil action in which Defendants are

6  employees or officers of the United States, acting in their official

7  capacity, and an agency of the United States; because a substantial

8  part of the events or omissions giving rise to the claim occurred in

9  San Francisco, California, in the Northern District of California; and

10 because Plaintiffs reside in the Northern District of California and

11 there is no real property involved in this action.

12      6.  Intradistrict Assignment: This action should be assigned to

13 the San Francisco Division because substantial part of the events and

14 omissions giving rise to this claim occurred within jurisdiction of

15 that division and Petitioners reside in that division. See Local Rules

16 3-2(c), (d).

17

18                              **PARTIES**

19      7.   Mr. *VASILY YAKOVLEV* [A97 888617], who is a beneficiary of

20 approved on August 25, 2005 I-140 Petition For Alien Worker, Section;

21 Multi-National Executive or Manager, Sec. 203(b)(1)(C), He currently

22 resides with his family [Wife and two Children] in Petaluma, and

23

24

25

26

27

28

3

United States District Court For The Northern District Of California San Francisco Division
Petition For Writ Of Mandamus And Complaint For Declaratory And Injunctive Relief
VASILY YAKOVLEV, Plaintiff V. MICHAEL CHERTOFF, et.al.

1 operates business in San Francisco, State of California, within the

2 jurisdiction of this Court.

3 8. Two minor children of the primary applicant as direct

4 beneficiaries of immigrant Petition, ALEXANDER YAKOVLEV and PAVEL

5 YAKOVLEV

6 9. Mrs. MARINA YAKOVLEVA [A98 456 227], Wife/Spouse of VASILY

7 YAKOVLEV, the beneficiary of approved on August 25, 2005 I-140

8 Petition For Alien Worker, Section: Multi-National Executive or

9 Manager, Sec. 203(b)(1)(C). She currently resides in Petaluma.

10 10. Defendant MICHAEL CHERTOFF is sued in his official capacity

11 as a Secretary of Department of Homeland Security (DHS). In his

12 capacity, he has responsibility for administration and enforcement of

13 the immigration and naturalization laws pursuant to section 401 of the

14 Homeland Security Act of 2002, 107 Pub. L. No.296, 116 Stat. 2135

15 (Nov. 25, 2002); see also 8 U.S.C. § 1103.

16 11. Defendant DAVID STILL is sued in his official capacity as a

17 District Director of California Service Center, United States

18 Citizenship and Immigration Services, U.S. Department of Homeland

19 Security where all local [California] I-485 Applications To Adjust

20 Status are filed.

21 12. Defendant ALBERTO R. GONZALES is sued in his official

22 capacity as the Attorney General of the U.S. Department of Justice. In

23 his capacity, he has responsibility for providing access to criminal

24

25

26

27

28

1   history record information pursuant to 8 U.S.C. § 1105(b), 8 U.S.C. §

2   1103(g).

3

4   ## FACTUAL ALLEGATIONS

5   13.  On November 29th, 2004, Mr. VASILY YAKOVLEV via his legal

6   counsel submitted Form I-140 Petition For Alien Worker, under Section:

7   Multi-National Executive or Manager, Sec. 203(b)(1)(C), received by

8   U.S. Citizenship and Immigration Services, California Service Center

9   Laguna Niguel [on December 3, 2004] and subsequently approved on

10  August 25, 2005.

11  **Exhibit "One".** True copies of Form I-797C Notice of Action re" Receipt

12  Notice re I-140 Immigrant Petition For Alien Worker and Form I-797

13  Notice Of Action re Approval of VASILY YAKOVLEV I-140 Immigrant

14  Petition For Alien Worker Approval.

15  14.  On November 29th, 2004 Mr. VASILY YAKOVLEV [A97 888617], via

16  his legal counsel submitted Form I-485 Application To Adjust to

17  Permanent Resident Status received by U.S. Citizenship and Immigration

18  Services, California Service Center, Laguna Niguel on November 29th,

19  2004 and still pending.

20  **Exhibit "Two".** True copy of Form I-797C Notice Of Action re Receipt

21  Notice of I-485 Application of Mr. VASILY YAKOVLEY [A97 888617].

22  15.  On March 17th, 2005 Mrs. MARINA YAKOVLEVA [A98 456 227],

23  Wife/Spouse of VASILY YAKOVLEV, via legal counsel submitted Form I-485

24

25

26

27  United States District Court For The Northern District Of California San Francisco Division
    Petition For Writ Of Mandamus And Complaint For Declaratory And Injunctive Relief
    VASILY YAKOVLEV, Plaintiff V. MICHAEL CHERTOFF, et.al.
    5

28

9

United States District Court For For The Northern District Of California San Francisco Division
Petition For Writ Of Mandamus And Complaint For Declaratory And Injunctive Relief
VASILY YAKOVLEV, Plaintiff V. MICHAEL CHERTOFF, et.al.

1  Application To Adjust to Permanent Resident Status received by U.S.

2  Citizenship and Immigration Services, California Service Center,

3  Laguna Niguel on March 17th, 2005 and still pending.

4  **Exhibit "Three"**. True copy of Form I-797C Notice Of Action re Receipt

5  Notice of I-485 Application of Mrs. MARINA YAKOVLEVA [A98 456 227],

6  Wife/Spouse of VASILY YAKOVLEV [A97 888617].

7  16. On December 15th, 2004 Plaintiff VASILY YAKOVLEV [A97 888617]

8  received "Fingerprint Notification" Notice Of Action Form I-797C

9  setting an appointment on January 13, 2005 USCIS Application Support

10  Center in Santa Rosa, at the address 1401 Guerneville Road, Santa

11  Rosa, CA 95403. Plaintiff, VASILY YAKOVLEV [A97 888617] submitted to

12  the fingerprinting procedure on the date and time as requested by

13  USCIS.

14  On March 31, 2005 Plaintiff MARINA YAKOVLEVA [A98 456 227],

15  Wife/Spouse of VASILY YAKOVLEV [A97 888617] received "Fingerprint

16  Notification" Notice Of Action Form I-797C setting an appointment on

17  April 14, 2005 USCIS Application Support Center in Santa Rosa, at the

18  address 1401 Guerneville Road, Santa Rosa, CA 95403. Plaintiff, MARINA

19  YAKOVLEVA [A98 456 227], Wife/Spouse of VASILY YAKOVLEV [A97 888617]

20  submitted to the fingerprinting procedure on the date and time as

21  requested by USCIS.

22  **Exhibit "Four"**. True copy of form I-797C, Notices Of Action setting

23  fingerprinting appointments for Plaintiffs, VASILY YAKOVLEV [A97 888

24

25

26

27

28

United States District Court For The Northern District Of California San Francisco Division
Petition For Writ Of Mandamus And Complaint For Declaratory And Injunctive Relief
VASILY YAKOVLEY, Plaintiff V. MICHAEL CHERTOFF, et.al.

617] and MARINA YAKOVLEVA [A98 456 227], Wife/Spouse of VASILY

YAKOVLEY.

17. On August 26th, 2005, USCIS notified both Plaintiffs, VASILY

YAKOVLEY [A97 888617] and MARINA YAKOVLEVA [A98 456 227], Wife/Spouse

of VASILY YAKOVLEY that "Preliminary processing of the above

application or petition has been completed, and it has been

transferred to the INS office at 44 Washington Street, San Francisco,

CA 94111."

**Exhibit "Five".** True copies of Form I-797C Notices of Action re

Transfer Notice of I-485 Application of Mr. VASILY YAKOVLEY [A97

888617] and Mrs. MARINA YAKOVLEVA [A98 456 227], Wife/Spouse of VASILY

YAKOVLEY [A97 888617].

18. On November 3rd, 2005, Mr. VASILY YAKOVLEY and Mrs. MARINA

YAKOVLEY were called to 630 Sansome Street, San Francisco, CA 94111

for and interview with U.S. Citizenship and Immigration Services on

application for Adjustment of Status.

**Exhibit "Six".** True copy of from G-56 Notices of Appointment signed by

District Director DAVID STILL issued to Mr. VASILY YAKOVLEY and Mrs.

MARINA YAKOVLEY.

19. On November 22, 2005 USCIS informed Plaintiffs via official

letter that their case has been continued for the reasons of:

"Security Clearance" and "Further Review" and requesting "proof of

physical presence in the United States on or about December 21, 2000."

8

VASILY YAKOVLEV, Plaintiff V. MICHAEL CHERTOFF, et.al.
Petition For Writ Of Mandamus And Complaint For Declaratory And Injunctive Relief
United States District Court For The Northern District Of California San Francisco Division

1   **Exhibit "Seven".** True copy of Letter signed by District Director DAVID

2   STILL issued to Mr. VASILY YAKOVLEV and Mrs. MARINA YAKOVLEV.

3   20. In December of 2005, Counsel for Plaintiffs, Christopher

4   Kerosky, submitted requested documents as related to Plaintiffs,

5   "proof of physical presence in the United States on or about December

6   21, 2000."

7   **Exhibit "Eight".** True copy of letter with the list of documents and

8   evidence submitted to USCIS Officer Wu as related to Plaintiffs,

9   "proof of physical presence in the United States on or about December

10  21, 2000."

11  21. On December 16ᵗʰ, 2005 Plaintiffs submitted Forms I-485 on

12  behalf of their minor children: PAVEL YAKOVLEY [A99 367 993] and

13  ALEXANDER YAKOVLEV [A99 367 994].

14  **Exhibit "Nine".** True copy of Form I-797 Notices Of Action re Receipt

15  Notice of I-485 Forms Application on behalf of their minor children:

16  PAVEL YAKOVLEV [A99 367 993] and ALEXANDER YAKOVLEV [A99 367 994],

17  Adjustment Of Status as Direct Beneficiaries of Immigrant Petition.

18  22. On December 20, 2006 U.S. Labor Department made a "FINAL

19  DETERMINATION", approving Plaintiff's Application of Employment

20  Certification pursuant to Title 20, CFR 656 and as required by the

21  Immigration and Nationality Act, as amended.

22  **Exhibit "Ten".** True copy Labor Certification Approval for Plaintiff,

23  VASILY YAKOVLEY [A97 888617].

24

25

26

27

28

1   23. It has been *more than two years* since the form I-485 was
2   submitted by Plaintiffs and accepted by USCIS. It's been *more than*
3   *fifteen months* since the initial interview on Adjustment of Status
4   Application. The letter issued by USCIS in reference to application
5   for permanent residence stated that the case would be continued for
6   the Security Clearance and reasonable time for continuance should be
7   not more than 90 days, especially considering that Plaintiffs have
8   already went several times through security clearance as related to
9   investigation and approval of I-140 Petition and Labor Certification.

10   24. Plaintiffs took all steps requested by USCIS and went through
11   all procedures such as submitting of biometrics and fingerprinting as
12   required on timely basis.

13   25. Plaintiffs made two appointments at San Francisco District
14   Center inquiring about status of the case using InfoPass procedure. At
15   every appointment, the USCIS officers-representatives indicated to
16   Plaintiffs that their case was "still pending" and was under auspices
17   of Department Of Justice FBI Unit for security clearance check. Also,
18   prior counsel for Plaintiffs made several inquiries about case status
19   to San Francisco Department of Homeland Security. Each time the
20   response was stating that the case was "still pending" and was subject
21   to security clearance check up. No further information or explanations
22   were given to Plaintiffs about undue and unreasonable delay in
23   adjudication of status they have been suffering.
24
25
26
27
28

United States District Court For The Northern District Of California San Francisco Division
Petition For Writ Of Mandamus And Complaint For Declaratory And Injunctive Relief
VASILY YAKOVLEV, Plaintiff V. MICHAEL CHERTOFF, et al.

10

## CASE OF ACTION

## (VIOLATION OF IMMIGRATION AND NATIONALITY ACT AND ADMINISTRATIVE PROCEDURES ACT)

27. Mandamus is an appropriate remedy whenever a party can demonstrate a clear right to have an action performed by a governmental official who refuses to act. *Donovan v. United States*, 580 F.2d 1230, 1280 (3d Cir. 1978). Here, Defendants have refused to adjudicate Plaintiffs I-485 Applications within reasonable time.

28. Defendants have a duty to act upon the application and have failed to do so in a reasonable time of manner. See e.g. *Patel v Reno*, 134 F.3d 929 (9th Cir. 1997). Thus, by their nonfeasance and malfeasance, Defendants have violated the Immigration and Nationality Act.

29. In addition, Defendants have violated the Administrative Procedures Act ("APA"), which provides that a reviewing court shall compel agency action unlawfully withheld or unreasonably delayed. 5 U.S.C. § 706(1).

30. Plaintiffs have exhausted all available to them remedies. They have "no other adequate means to attain the relief they desire." *Allied Chemical Corp. v. Diaflon, Inc.*, 449 U.S. 33, 35 (1980). Their right to issuance of the writ of there of is "*clear and indisputable*."

14.

# PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that the Court grant the following relief:

(1) Assume jurisdiction over this matter;

(2) Order USCIS to Adjudicate pending I-485 Applications filed by Plaintiffs and accepted by USCIS as evident from the record;

(3) Declare Defendant's Suspension of the adjudication of I-485 Applications the beneficiaries to be unlawful and in violation of Defendant's duty to act upon;

(4) Award reasonable costs and attorney's fees incurred by Plaintiffs as a direct result of necessity to file this action;

(5) Grant any further relief as the Court deems just and proper under circumstances of this case.

Dated: January 30, 2007.

Respectfully Submitted,

_____

CONSTANTINE ZHUKOVSKY, ESQ.
Attorney For Plaintiffs.

United States District Court For The Northern District Of California San Francisco Division
Petition For Writ Of Mandamus And Complaint For Declaratory And Injunctive Relief
VASILY YAKOVLEV, Plaintiff V. MICHAEL CHERTOFF, et.al.
11



Exhibit "One"

Department of Homeland Security
U.S. Citizenship and Immigration Servic

# I-797C, Notice of Action

THE UNITED STATES OF AMERICA

| | | | |
|---|---|---|---|
| RECEIPT NUMBER WAC-05-044-53670 | | CASE TYPE I140 IMMIGRANT PETITION FOR ALIEN WORKER | |
| RECEIVED DATE November 29, 2004 | PRIORITY DATE | PETITIONER TUYMAADA USA INC | |
| NOTICE DATE December 6, 2004 | PAGE 1 of 1 | BENEFICIARY A97 888 617 YAKOVLEV, VASILY I. | |

CHRISTOPHER KEROSKY
KEROSKY & ASSOCIATES
RE: TUYMAADA USA INC
785 MARKET ST STE 1120
SAN FRANCISCO CA 94103

Notice Type: Receipt Notice

Amount received: $ 190.00

Section: Multi-national Executive or Manager, Sec.203(b)(1)(C)

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel **<http://www.state.gov/travel>** to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

Please see the additional information on the back. You will be notified separately about any other cases you filed.

U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283

| RECEIPT NUMBER | CASE TYPE |
|---|---|
| WAC-05-044-53670 | I140  IMMIGRANT PETITION FOR ALIEN WORKER |

| RECEIVED DATE | PRIORITY DATE | PETITIONER |
|---|---|---|
| December 3, 2004 | November 29, 2004 | TUYMADA USA INC |

| NOTICE DATE | PAGE | BENEFICIARY  A97 888 617 |
|---|---|---|
| August 25, 2005 | 1 of 1 | YAKOVLEV, VASILY I. |

KEROSKY & ASSOCIATES
RE: TUYMADA USA INC
CHRISTOPHER KEROSKY
785 MARKET ST STE 1120
SAN FRANCISCO CA 94103

Notice Type: Approval Notice
Section: Multi-national Executive or
Manager, Sec.203(b)(1)(C)

The above petition has been approved. The approved petition will be stored in this office. If the person for whom you are petitioning is or becomes eligible to apply for adjustment of status, he or she should contact the local INS office to submit Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application, with appropriate fee, to this service center. Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based upon this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.



Exhibit "Two"



Department of Homeland Security
U.S. Citizenship and Immigration Service

# I-797C, Notice of Action

THE UNITED STATES OF AMERICA

| | | | |
|---|---|---|---|
| RECEIPT NUMBER<br>WAC-05-044-53765 | | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS | |
| RECEIVED DATE<br>November 29, 2004 | PRIORITY DATE | APPLICANT A97 888 617<br>YAKOVLEV, VASILY I. | |
| NOTICE DATE<br>December 6, 2004 | PAGE<br>1 of 1 | | |

CHRISTOPHER KEROSKY
KEROSKY & ASSOCIATES
RE: VASILY IVANOVICH YAKOVLEV
785 MARKET ST STE 1120
SAN FRANCISCO CA 94103

Notice Type: Receipt Notice

Amount received: $ 385.00

Section: Other basis for adjustment

**Receipt notice** - If any of the above information is incorrect, [illegible] customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this [illegible] on our website at uscis.gov.
- On our website you can also sign up to get free [illegible] as we complete key processing steps on this case.
- Most of the time your case is pending the proce[illegible] not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision [illegible] case, or if we need something from you. If you move while this case is pending, call custome[illegible]ce when you move.
- Processing times can change. If you don't get a dec[illegible] update from us within our current processing time, check our website or call for an u[illegible].

If you have questions, check our website or call customer [illegible] Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is [illegible] Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of [illegible] relative petition is only the first step in helping a relative immigrate to the United States. Eligible family [illegible] wait until there is a visa number available before they can apply for an immigrant visa or adjustment of sta[illegible] lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas a[illegible] actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** **<http://www.state.gov/travel>** to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283

Exhibit "Three"

Department of Homeland Security
U.S. Citizenship and Immigration Service

I-797C, Notice of Action

| RECEIPT NUMBER | CASE TYPE | | |
|---|---|---|---|
| WAC-05-117-52361 | I485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS | | |
| RECEIVED DATE | PRIORITY DATE | APPLICANT | A98 456 227   YAKOVLEVA, MARINA P. |
| March 17, 2005 | | | |
| NOTICE DATE | PAGE | | |
| March 17, 2005 | 1 of 1 | | |

CHRISTOPHER A. KEROSKY
KEROSKY & ASSOCIATES
RE: MARINA PAVLOVNA YAKOVLEVA
MARKET ST STE 1120
SAN FRANCISCO CA 94103

Notice Type: Receipt Notice

Amount received: $ 385.00

Section: Other basis for adjustment

Receipt notice - If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case.
  - You can check our current processing time for this kind of case on our website at uscis.gov.
  - On our website you can also sign up to go get free e-mail updates as we complete key processing steps on this case.
  - Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
  - If you move while this case is pending, call customer service or if we need something from you. We will notify you by mail when we make a decision on this case, or if we need something from you.
  - Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service, and have it with you if you contact us about this case.

Notice to all customers with a pending I-130 petition - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status on cases where visas are actually available. This process should not delay allow USCIS to concentrate resources first on cases where visas are actually available. This process will allow USCIS to concentrate resources first on cases where visas are actually available. To determine current visa availability dates, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending.  If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.

IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



Exhibit "Four"

Department of Homeland Security
U.S. Citizenship and Immigration Service

RE-MAILED

I-797C, Notice of Action

| Fingerprint Notification | | | |
|---|---|---|---|
| CASE TYPE | | | NOTICE DATE |
| I485 Application To Register Permanent Residence Or Adjust Status | | | December 15, 2004 |
| APPLICATION NUMBER | RECEIVED DATE | PRIORITY DATE | PAGE |
| PPS*002767862 | November 29, 2004 | November 29, 2004 | 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

VASILY IVANOVICH YAKOVLEV
1160 BAYWOOD DR. 28
COTATI, CA. 94928

To process your application, INS must take your fingerprints and have them cleared by the FBI. PLEASE APPEAR AT THE
BELOW APPLICATION SUPPORT CENTER AT THE TIME SPECIFIED. If you are unable to do so,
complete the bottom of this notice and return it to the address shown below. RESCHEDULING YOUR
APPOINTMENT WILL DELAY YOUR APPLICATION. FAILURE TO APPEAR AS SCHEDULED BELOW
OR TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| INS SANTA ROSA | 01/13/2005 |
| 1401 GUERNEVILLE RD | 12:00 PM |
| SUITE 100 | |
| SANTA ROSA CA 95403 | |

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU
MUST BRING:

1. THIS APPOINTMENT NOTICE and
2. PHOTO IDENTIFICATION. Naturalization applicants must bring their Alien Registration Card. All other applicants
must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper
identification, you will not be fingerprinted.

PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.

REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available: ☑ Wednesday afternoon ☑ Saturday afternoon

Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:
INS cannot guarantee the day preferred, but will do so to the extent possible.

INS SANTA ROSA
1401 GUERNEVILLE RD
SUITE 100
SANTA ROSA CA 95403

If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICATION NUMBER
PPS*002767862

APPLICANT COPY

WARNING!
Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or
completing the fingerprint worksheet should accompany you.

# Fingerprint Notification

| | | | | | |
|---|---|---|---|---|---|
| NOTICE DATE 03/31/2005 | USCIS# A098545227 | SOCIAL SECURITY NUMBER | SERVICE CENTER WSC | PAGE 1 OF 1 | |

| CASE TYPE | | | |
|---|---|---|---|
| I485 Application to Register Permanent Resident or Adjust Status | | | |
| APPLICATION NUMBER WAC0511751261 | CODE 3 | | |

**APPLICANT NAME AND MAILING ADDRESS**
MARINA YAKOVLEVA
1134 BAYWOOD DR 75
ROHNERT PARK, CA 94928

To process your application, the U.S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**

If you are unable to do so, complete the bottom of this notice and mail the original notice to the address below.

RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.

**APPLICATION SUPPORT CENTER**
USCIS SANTA ROSA
1401 GUERNEVILLE RD
SUITE 100
SANTA ROSA, CA 95403

**DATE AND TIME OF APPOINTMENT**
04/14/2005
8:00 AM

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:
1. THIS APPOINTMENT NOTICE AND ANY RECEIPT NOTICES ASSOCIATED WITH YOUR APPLICATION.
2. PHOTO IDENTIFICATION. Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

**REQUEST FOR RESCHEDULING**

Please reschedule my appointment for the next available:    ☐ Wednesday afternoon    ☐ Saturday afternoon

U.S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible. Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

USCIS SANTA ROSA
1401 GUERNEVILLE RD
SUITE 100
SANTA ROSA, CA 95403

If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICATION NUMBER WAC0511751261

APPLICANT COPY

**WARNING!**
Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.

I-797C, Notice of Action

Department of Homeland Security
U.S. Citizenship and Immigration Services

Exhibit "Five"

Customer Service Telephone: (800) 375-5283
LAGUNA NIGUEL CA 92607-0111
P. O. BOX 30111
CALIFORNIA SERVICE CENTER
U.S. CITIZENSHIP & IMMIGRATION SVC
Please see the additional information on the back. You will be notified separately about any other cases you filed.

FILE COPY

Notice Type: Transfer Notice

VASILIY I. YAKOVLEV
1160 BAYWOOD DR 28
PETALUMA CA 94928

Preliminary processing of the above application or petition has been completed, and it has been transferred to the INS office at:

444 Washington Street, San Francisco, CA 94111

Telephone: (402) 437-5218

That office will notify you when they schedule an interview on the application or petition. Any further inquiries should be made to that office.

| RECEIPT NUMBER | CASE TYPE | | |
| --- | --- | --- | --- |
| WAC-05-044-53765 | I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS | | |
| RECEIPT DATE December 3, 2004 | APPLICANT A97 888 617 YAKOVLEY, VASILIY I. | | |
| PRIORITY DATE | | | |
| NOTICE DATE August 26, 2005 | PAGE 1 of 1 | | |

I-797C, Notice of Action



Department of Homeland Security
U.S. Citizenship and Immigration Service

**I-797C, Notice of Action**

THE UNITED STATES OF AMERICA

| | | | |
|---|---|---|---|
| RECEIPT NUMBER<br>WAC-05-117-51261 | | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS | |
| RECEIPT DATE<br>March 21, 2005 | PRIORITY DATE | APPLICANT A98 456 227<br>YAKOVLEVA, MARINA P. | |
| NOTICE DATE<br>August 26, 2005 | PAGE<br>1 of 1 | | |

MARINA P. YAKOVLEVA
1134 BAYWOOD DR 75
ROHNERT PARK CA 94928

**Notice Type:** Transfer Notice

# FILE COPY

Preliminary processing of the above application or petition has been completed, and it has been transferred to the INS office at:

444 Washington Street, San Francisco, CA 94111

Telephone: (402) 437-5218

That office will notify you when they schedule an interview on the application or petition. Any further inquiries should be made to that office.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone:** (800) 375-5283

Exhibit "Six"

Form G-56

U.S. Department of Homeland Security
*San Francisco, CA 94111*

U.S. Citizenship
and Immigration
Services

Christopher Kerosky, Esq.
785 Market St., #1120
San Francisco, CA 94103

File Number: A97 888 617 (E-11/R)

Date: November 3, 2005

Please come to the office shown above at the time and place indicated in connection with an official matter.

| LOCATION | 630 Sansome St., 2nd Floor, San Francisco, CA 94111 |
|---|---|
| DATE/HOUR | Tuesday, November 22, 2005 at 8:00 A.M. |
| ASK FOR | A-11 |
| REASON FOR APPOINTMENT | Interview on your client's application for Adjustment of Status |
| APPLICANT MUST BRING | This letter, interpreter if needed, all passports (current and expired), Arrival record (Form I-94) and evidence of maintaining lawful immigration status in all entries to the U.S. If not working for the same petitioner, submit the new employer's CURRENT specific business transactions for the last six months (i.e. purchase orders, shipping, billing, bank statements, photocopies of some recently issued check paid by the bank, etc), organizational chart showing names and title, pictures of the office (inside & outside). Latest partnership/corporate agreements and CURRENT correspondence between the parent company and the subsidiary company in the U.S. Corporate income taxes for years 2002, 2003 and 2004 and last four DE-6 report (only the page where the beneficiary's name is listed), applicant's income taxes (Federal only) for years 2002, 2003 and 2004 with all W-2 forms, and four latest payroll earning statements (of all documents above mentioned, please bring originals and copies for the file). Also, current letter of employment stating position, duties and salary and all advance parole documents. Evidence that you have not been a member of any communist party since 1991. |

IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU. If you are unable to do so, state your reason, sign below and return this letter to this office at once.

**Failure to appear or to bring requested items (original and copies) may result in the denial of your application for lack of prosecution.**

I am unable to keep the appointment because:



Very truly yours,

David N. Still
District Director

cc: Vasiliy Yakovlev
1576 Trellis Ln.
Petaluma, CA 94954



U.S. Department of Homeland Security
San Francisco, CA 94111

U.S. Citizenship
and Immigration
Services

Christopher Kerosky, Esq.                          File Number: A98 456 227 (E-11/R)          Date: November 3, 2005
785 Market St., #1120
San Francisco, CA 94103

Please come to the office shown above at the time and place indicated in connection with an official matter.

| OFFICE LOCATION | 630 Sansome St., 2nd Floor<br>San Francisco, CA 94111 |
|---|---|
| DATE AND HOUR | Tuesday, November 22, 2005 at 8:00 A.M. |
| ASK FOR | Desk A-11 |
| REASON FOR APPOINTMENT | Interview on your client's application for Adjustment of Status |
| APPLICANT MUST BRING | This letter, all passports (current and expired), interpreter if needed. Also, evidence of the bona fides of your marriage, i.e. birth certificate of all children (if any), joint checking/saving accounts, joint credit cards, utility bills, rental/lease agreement, wedding pictures, etc. (Of each document above mentioned you must bring the original and a copy for the file). **Proof of maintaining nonimmigrant status during all periods/entries to the United States, OR evidence of payment of the penalty fee, unless exceptions apply. Form I-134, duly executed by Vasily Yakovlev.** |

IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU. If you are unable to do so, state your reason, sign below and return this letter to this office at once.

**Failure to appear or to bring requested items may result in the denial of your application for lack of prosecution.**

I am unable to keep the appointment because:

Very truly yours,

David N. Still
District Director

cc:   Marina Pavlovna Yakovleva
      1576 Trellis Ln.
      Petaluma, CA 94954



Exhibit "Seven"

U.S. Department of Homeland Security
San Francisco, CA 94111

U.S. Citizenship
and Immigration
Services

NOV 2 2 2005

E-11 (PENDING)

C.C = Vasily Yakovlev * 419 888 619

Christopher Kerosky, Esq

□ HAND-DELIVERED to applicant

THIS LETTER IS IN REFERENCE TO YOUR APPLICATION FOR PERMANENT RESIDENCE.
YOUR CASE HAS BEEN CONTINUED FOR THE REASON(S) CHECKED BELOW.

☐ Visa Availability    ☐ Fingerprints    ☑ Security Clearance(s)    ☐ A-file(s)    ☑ Further Review
☐ Documentation (listed below)    ☐ Other:

IT IS REQUESTED THAT YOU SUBMIT THE FOLLOWING DOCUMENTS:

☐ A court certified complaint, disposition, sentence, and proof of fulfillment of sentence (i.e. completion of probation, completion of community service, completion of term of imprisonment) for any and all your arrests even if expunged. If no record is available, submit a certified letter from the court stating there is no record. No photocopy.

☐ A Police clearance from all cities you have resided since _____. (Documentation must be original and/or certified by the police)

☐ One copy of the birth and baptismal certificates for all children (with translations, if applicable).

☐ Marriage certificate from all marriages and/or petition *and* final divorce decree from former spouse(s).

☐ Copy of rent agreement, deed, insurance binder, utility bills, bank/credit statements, other specified evidence of marital union. _____. *Submit* _____ *of these*.

☐ Letter from employer stating that you are currently employed or copy of recent pay stubs.

☐ Copy of first two pages of income tax returns (forms 1040) *and* W-2's for you and your spouse for tax year(s) _____

☑ Proof of physical presence in the United States on or about December 21, 2000 (e.g. original paystubs, medical or school records, dated pictures, veritable child support payments, credit cards receipts, domestic airline tickets...etc.).

☐ Other:

YOU ARE ADVISED THAT YOU ARE GRANTED A PERIOD OF NINETY (90) DAYS FROM THE DATE OF THIS LETTER TO SUBMIT THE REQUESTED DOCUMENTS.

FAILURE TO COMPLY WITH THIS REQUEST WILL BE DEEMED GROUNDS FOR DENIAL OF YOUR APPLICATION FOR LACK OF PROSECUTION.

PLEASE SEND REQUESTED DOCUMENTS
WITH A COPY OF THIS LETTER TO:

Citizenship and Immigration Service
630 Sansome Street, Room 200 / AOS
San Francisco, CA 94111
ATTN: E11 / PENDING / A

Sincerely,

David N. Still
District Director

cc:

www.dhs.gov



Exhibit "Eight"

KEROSKY & ASSOCIATES
ATTORNEYS AT LAW
HERBST LAW BANK BUILDING
783 MARKET STREET, 13TH FLOOR
SAN FRANCISCO, CALIFORNIA 94103

SAN FRANCISCO OFFICE
TELEPHONE: (415) 777-4445
(415) 778-8123

SACRAMENTO OFFICE
TELEPHONE: (916) 349-2906
SAN JOSE OFFICE
TELEPHONE: (408) 993-0233

February ___, 2006

BY HAND-DELIVERY

U.S. C.I.S.
San Francisco District Office
630 Sansome Street
San Francisco, CA 94111
Attn: Officer Wu

**Re: Adjustment of Status for Vasily Yakovlev A97 888 617**
**Marina Yakovleva (Skriabina)**
**Pavel Yakovlev A99 367 993**
**Alexander Yakovlev A99 367 994**

Dear Officer Wu,

In connection with above referenced petitions, responding to the Service's letter Request for Additional Evidence, from November 22, 2005, we are submitting several documents showing Mr. Yakovlev's physical presence in the United States on or above December 21, 2000. Our submissions complies with the Section 245 (i) of the LIFE ACT.

**As you may remember applicant has 2 minor children whose I-485's were omitted from the initial application by mistake. We trust that the application of applicant's minor children, Pavel (A 99 367 993) and Alexander (A99 367 994) have been transferred to your office by now. See attached copies of receipt notice. Please approve all of these applications together so as to avoid any family separation.**

As the evidence of Mr. Yakovlev's presence in the United States on or about December 21, 2000, we are enclosing the following copies of documents, divided into six types of evidence. The originals are in our possession and can be submitted upon request.

A. Checks

Please find enclosed copies of two hand-written checks of Bank of America:

1) First dated December 21, 2000, owner: TUYMADAADA USA, INC., check number 117, payable to Marina Skriabina, Mr. Yakovlev's wife for the amount of $5000.00 (see Exhibit A.1).

2) Second dated on December 21, 2000, Bank of America Check, owner: TUYMADAADA USA, INC., check number: 116, payable to Mr. Vasily Yakovlev for the amount of $1,500.00, the check was cashed on December 22, 2000 (see Exhibit A.17, and B.4, page 2).

We are also submitting copies of twenty checks of TUYMADAADA USA, INC. written by Petitioner between December 4 2000 and January 16, 2001, showing psychical presence of Mr. Yakovlev in the United States on or about 21 December 2000 (see Exhibits A1 -A20).

B. Account Statements

Please find attached the Account Statement for Petitioner's company, TUYMAADA USA, INC., for the period from December 15, 2000 to January 17, 2001. The Statement (see Exhibit B.4, page 2) demonstrates the account activity on or above December 21, 2000. It clearly shows three transactions made by check (two of them mentioned above) for the total of $669.16. Please also see the account activity before and after December 21 2000. Petitioner on December 21, 2000 made a check payable to Ms. Marina Skribina (Petitioner wife) in the amount of $500.00 for travel expanses (see Exhibit B.4, page 2); furthermore on December 21, 2000 Mr. Yakovlev purchased electronic items and made a check payable to Cellular Warehouse in the amount of 48.75 (see Exhibit B.4, page 2); moreover on December 13, 2000 Petitioner made a check payable to Republic Indemnity of California in the amount of $120.41 for filing fee, the check was cashed on December 21, 2000.

## C. Tickets/Receipts;

Please find attached the Receipt for Golden Gate Bridge transit service dated on December 21, 2000, and December 22, 2000, and a receipt ticket for San Francisco – Oakland Bay Bridge dated on December 27, 2000 (see Exhibits C.1, C.5 and C.7). On above references dates Mr. Yakovlev was crossing both bridges by his car on his way to San Francisco.

We are also providing the Service with copies of airline tickets for the Petitioner, and his family, purchased in November 2000 for a two-way flight for December 29, 2000, and December 31, 2000 from Oakland, California to Los Angeles.

## D. Airline Tickets;

Please find attached copies of airline tickets along with the description of the trip taken by Petitioner and his family between December 29 and 31, 2000. Tickets were purchased in November 2000 for two-way flight from Oakland, California to Los Angeles for December 29, 2000 and December 31, 2000 (see Exhibit D1 to D8).

## E. Family Photographs

Please find attached hereto Mr. Yakovlev and his family's photographs taken between November 11, 2000 and December 26, 2000. One of them was taken in Petitioner's house during the Holiday season, on the front of the picture, Mr. Yakovlev is sitting and he is holding a baby by Andy in his hands, also on the picture are Pavel Yakovlev and Alexander Yakovlev and family friends, picture was made on December 26, 2000 (see Exhibit E.1).

On the second of the pictures (see Exhibit E.2) Petitioner is with his wife Marina Skriabina and three sons at the seashore, the picture was made on November 11, 2000.

**F. Invoices**

We are also submitting invoices for above reference airplane tickets that demonstrate these tickets were purchased in November 2000. Invoice from Travelocity.com is dated December 14, 2000. The invoice shows purchase of airplane tickets for Mr. Vasily Yakovlev, Alexander Yakovlev and Pavel Yakovlev, (petitioner's sons) and Marina Skriabina (petitioner's wife), with the description of their trip to Los Angeles between 29 December 2000 and 31 December 2000. (See Exhibit D1 to D8). Please also find attached Exhibit F1 invoice for the Ramada hotel, their hosing in Anaheim between 29 and 31 of December 2000 and two adult Disney World three day passes and one three day pass for child.

Further, we are providing the Service with miscellaneous invoices such as the Invoice:

- From Office Depot, date December 19, 200, signed by Vasily Yakovlev (see Exhibit F2)
- Invoice from Office Depot, date 12/12/00, signed by Vasily Yakovlev;
- Invoice from Gas Station – Shell 12/09/00, signed by Vasily Yakovlev;
- Invoice No. 550180 from Cellular Warehouse, for Vasily Yakovlev, date 12/12/00;
- Invoice No. 550180 from Cellular Warehouse, for Vasily Yakovlev, date 12/15/00;
- Invoice from La Strada Pier A-SO Terminal, date 11/29/00, signed by Vasily Yakovlev;
- Invoice from Commonitech Inc., date 12/14/00, order No. 0289393, for Vasily Yakovlev;
- Registration Card Receipt Valid from 12/14/2000 to 12/14/2001 for Vasily Yakovlev.

We anticipate that this submission of documents will satisfy the Service's criteria for Adjustment of Status set forth by Section 245 (i) of the LIFE ACT, and prove that Mr. Yakovlev was present in United States on or above of December 21, 2000. However

should you have any questions regarding this matter, please do not hesitate to contact our office.

As you may remember applicant has 2 minor children whose I-485's were omitted from the initial application by mistake. We trust that the application of applicant's minor children, Pavel (A 99 367 993) and Alexander (A99 367 994) have been transferred to your office by now. See attached copies of receipt notice. Please approve all of these applications together so as to avoid any family separation.

Yours truly,

Christopher A. Kerosky

Enclosures:

## List of Exhibits

A. Check's

1. Bank of America Check, owner: TUYMADAADA USA, INC., date 12/21/00, check number from the check book: 117, for Marina Skribina;

2. Bank of America Check, owner: TUYMADAADA USA, INC., date 01/03/01, check number from the check book: 143, for Vasily Yakovlev;

3. Bank of America Check, owner: TUYMADAADA USA, INC., date 12/17/00, check number from the check book: 113, Pacific Bell Wireless;

4. Bank of America Check, owner: TUYMADAADA USA, INC., date 01/02/01, check number from the check book: 141, Crossbrook Apartment;

5. Bank of America Check, owner: TUYMADAADA USA, INC., date 12/18/00, check number from the check book: 114, AT&T Broadband;

6. Bank of America Check, owner: TUYMADAADA USA, INC., date 01/16/01, check number from the check book: 144, for Auto Repairs Unlimited;

7. Bank of America Check, owner: TUYMADAADA USA, INC., date 12/15/00, check number from the check book: 111 for PG&E;

8. Bank of America Check, owner: TUYMADAADA USA, INC., date 12/28/00, check number from the check book: 118 for Vasily Yakovlev;

9. Bank of America Check, owner: TUYMADAADA USA, INC., date 12/18/00, check number from the check book: 108, Pacific Bell;

10. Bank of America Check, owner: TUYMADAADA USA, INC., date 12/12/00, check number from the check book: 105, for Cellular Warehouse;

11. Bank of America Check, owner: TUYMADAADA USA, INC., date 12/14/00, check number from the check book: 109, for Comp USA;

12. Bank of America Check, owner: TUYMADAADA USA, INC., date 01/02/01, check number from the check book: 142, for Vasily Yakovlev;

13. Bank of America Check, owner: TUYMADAADA USA, INC., date 12/18/00, check number from the check book: 115, Healthy Families Program;

14. Bank of America Check, owner: TUYMADAADA USA, INC., date 12/13/00, check number from the check book: 107, for Republic Indemnity of California;

1

15. Bank of America Check, owner: TUYMADAADA USA, INC., date 12/15/00, check number from the check book: 110, for: Cellular Warehouse;

16. Bank of America Check, owner: TUYMADAADA USA, INC., date 12/16/00, check number from the check book: 112, Redwood Credit Union;

17. Bank of America Check, owner: TUYMADAADA USA, INC., date 12/21/00, check number from the check book: 116, for Vasiliy Yakovlev;

18. Bank of America Check, owner: TUYMADAADA USA, INC., date 12/12/00, check number from the check book: 106, for Office Depot;

19. Bank of America Check, owner: TUYMADAADA USA, INC., date 12/04/00, check number from the check book: 103, for Crossbrook Apartment;

20. Bank of America Check, owner: TUYMADAADA USA, INC., date 12/11/00, check number from the check book: 104, for Vasiliy Yakovlev;

## B. Account Statements

1. Bank of America, for TUYMAADA USA, INC., Statement Period November 16 through December 14 2000, Account Number: 02604-08882 (two pages);

2. Wells Fargo, for Marina Skriabina, Statement Date: December 13, 2000, Account Number: 050-3548513 (pages 2)

3. Welles Fargo, Card Service, for Vasily Yakovlev, Statement date 12/15/200, Account Number 5490 8401 4501 5751 (pages 2),

4. Bank of America, for TUYMAADA USA, INC., Statement Period December 15 through January 17 2001, Account Number: 02604-08882 (two pages);

## C. Tickets/Receipts

1. Receipt for Golden Gate Bridge service, date: 12/21/2000;

2. Receipt for Golden Gate Bridge service, date: 11/22/2000;

3. Receipt for Golden Gate Bridge service, date: 12/13/2000;

4. Receipt for Golden Gate Bridge service, date: 12/01/2000;

5. Receipt for Golden Gate Bridge service, date: 12/22/2000;

6. Receipt for Golden Gate Bridge service, date: 12/04/2000;

3

7. Receipt for San Francisco –Oakland Bay Bridge service, date 12/27/200;

8. Ticket for San Francisco Municipal Railway, date: November 22, 2000;

### D. Airline Tickets

1. Invoice from Travelocity.com date: December 14, 2000, to Vasily Yakovlev, for: Yakovlev Vasily, Yakovlev Alexander, Yakovlev Pavel, Skyabina Marina, with the description of the trip 29 December 200 to 31 December Oakland – Los Angeles;

2. (Passenger Receipt), American Airlines for Skryabina Marina, from Oakland to Los Angeles, Agent Code: A 4553728 4;

3. (Passenger Receipt), American Airlines for Yakovlev Alexa, from Oakland to Los Angeles, Agent Code: A 4553728 4;

4. (Passenger Receipt), American Airlines for Yakovlev Pavel, from Oakland to Los Angeles, Agent Code: A 4553728 4;

5. (Passenger Receipt), American Airlines for Yakovlev Vasily, from Oakland to Los Angeles, Agent Code: A 4553728 4;

6. (Miscellaneous Charges Order), American Airlines for Yakovlev Vasily, from Oakland to Los Angeles, Agent Code: A 4553728 4;

7. Attachment for the above tickets;

8. Attachment for the above tickets;

### E. Family photography's

1. Photography with family and friends (on first plan Yakovlev – sitting with a baby in his right hand), from December 26, 2000;

2. Photography with family, from November 11, 2000;

### F. Invoices

1. Invoice from Ramada Ltd, date 12/31/2000 with Invoice form Ltd ANA Maingate North at Di (Disney Land) date: 12/31/2000 (pages two), signed by Vasily Yakovlev;

2. Invoice from Office Depot, date 12/19/00, signed by Vasily Yakovlev;

4

3. Invoice from Office Depot, date 12/12/00, signed by Vasily Yakovlev;

4. Invoice from Gas Station – Shell 12/09/00, signed by Vasily Yakovlev;

5. Invoice No. 548874 from Cellular Warehouse, for Vasily Yakovlev, date 12/12/00;

6. Invoice No. 550180 from Cellular Warehouse, for Vasily Yakovlev, date 12/15/00;

7. Invoice form La Strada Pier A-SO Terminal, date 11/29/00, signed by Vasily Yakovlev;

8. Invoice from Communitech Inc., date 12/14/00, order No. 0289393, for Vasily Yakovlev;

9. Registration Card Receipt Valid from 12/14/2000 to 12/14/2001 for Yakovlev Vasily



Exhibit "Nine"

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-797, Notice of Action

| RECEIPT NUMBER | CASE TYPE |
| --- | --- |
| WAC-06-063-51416 | I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |

| RECEIVED DATE | PRIORITY DATE | APPLICANT | A99 567 993 |
| --- | --- | --- | --- |
| December 16, 2005 | | YAKOVLEV, PAVEL | |

| NOTICE DATE | PAGE |
| --- | --- |
| December 21, 2005 | 1 of 1 |

TRAVEL YAKOVLEV
C/O VASILY YAKOVLEV
1576 TRELLIS LANE
PETALUMA CA 94954

| Notice Type: Receipt Notice |
| --- |
| Amount received: $ 225.00 |
| Section: Adjustment as direct |
| beneficiary of immigrant |
| petition |

Receipt notice - If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case.

- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on other filed requests.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you have this case is pending, call customer service if you have a question.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please have this notice, and have it with you if you contact us about this case.

Notice to all customers with a pending I-130 petition - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status or apply for an immigrant visa. Refer to www.state.gov/travel <http://www.state.gov/travel> to determine the current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

If this receipt is for an I-485, or I-698 application

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics notice and should not be taken to an ASC for biometrics processing.

WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT:
Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photos taken) AND your photo identification to your biometrics appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country.
- a drivers license.
- a military photo identification, or
- a state - issued photo identification card.

Always remember to call customer service if you have a question. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer service telephone: (800) 375-5283

Form I-797 (Rev. 01/31/05) N



Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-797, Notice of Action

| RECEIPT NUMBER | | CASE TYPE |
|---|---|---|
| WAC-06-063-51434 | | I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| RECEIVED DATE: December 16, 2005 | PRIORITY DATE | APPLICANT: A99 367 994 YAKOVLEV, ALEXANDER |
| NOTICE DATE: December 21, 2005 | PAGE: 1 of 1 | |

ALEXANDER YAKOVLEV
1576 TRELLIS LANE
PETALUMA CA 94954

Notice Type: Receipt Notice

Amount received: $ 225.00
Section: Adjustment as direct beneficiary of immigrant petition

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-485, or I-698 application**
USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

**WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT-**
**Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.**
**Acceptable kinds of photo identification are:**
- **a passport or national photo identification issued by your country,**
- **a drivers license,**
- **a military photo identification, or**
- **a state - issued photo identification card.**

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283

Form I-797 (Rev. 01/31/05) N

Exhibit "Ten"

**U.S. Department of Labor**       Employment and Training Administration



Dallas Backlog Elimination Center
700 North Pearl St.
Suite N 400
Dallas, TX 75201

December 20, 2006

## FINAL DETERMINATION

TUYMAADA USA, INC.                              ETA Case Number:    D-05146-44672
c/o CHRISTOPHER A. KEROSKY
785 MARKET STREET, SUITE 1120                   Alien's Name:    VASILY I YAKOVLEV
SAN FRANCISCO, CA 94103                         Occupation:      WHOLESALE RETAIL
                                                                 BUYERS, EXCEPT FARM
                                                                 PRODUCTS, 13-1022
                                                Date of Acceptance for
                                                Processing:      April 23, 2004

The Department of Labor has made a final determination on your Application for Employment Certification pursuant to Title 20, Code of Federal Regulations, Part 656 and as required by the Immigration and Nationality Act, as amended.

Form ETA 750 has been certified and is enclosed. This certified application must be attached to the I-140 petition along with any other required evidence and filed with the U.S. Citizenship and Immigration Service (USCIS). The appropriate office can be found at:

http://uscis.gov/graphics/fieldoffices/service_centers/index.htm

USCIS procedures, instructions and forms can be found at:

http://uscis.gov/graphics/formsfee/forms/index.htm.

Sincerely,

Jenny Elser
Certifying Officer

CC:

Enclosure(s): [Form ETA 750, Parts A & B]

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

OMB Approval No. 44-R1301

# APPLICATION FOR ALIEN EMPLOYMENT CERTIFICATION

IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM
*PRINT legibly in ink or use a typewriter. If you need more space to answer questions on this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.*

*To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001).*

## PART A. OFFER OF EMPLOYMENT

1. Name of Alien (Family name in capital letter, First, Middle, Maiden): YAKOVLEV Vasily I

2. Present Address of Alien (Number, Street, City and Town, State ZIP Code or Province, Country): 1160 Baywood Drive, Petaluma, CA 94928

3. Type of Visa (If in U.S.): H1B

The following information is submitted as evidence of an offer of employment.

4. Name of Employer (Full name of organization): Tuymaada USA, Inc.

5. Telephone (Area Code and Number): 415-296-8740

CORRECTION APPROVED BY REGIONAL OFFICE [signature]

6. Address (Number, Street, City or Town, Country, State, ZIP Code): 760 Market Street, Suite 729, San Francisco USA CA 94103

7. Address Where Alien Will Work (if different from item 6): 760 Market Street, Suite 729, San Francisco, CA 94103

CORRECTION APPROVED BY REGIONAL OFFICE [signature]

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week a. Basic | 10. b. Overtime | 11. Work Schedule (Hourly) | 12. Rate of Pay a. Basic | 12. b. Overtime |
|---|---|---|---|---|---|---|
| Diamond Manufacturer | Import Director | 40 | 0 | 9:00 a.m. – 6:00 p.m. | ~~$23.80~~ $31.41 per hour | $ N/A per hour |

13. Describe Fully the job to be Performed (Duties)

Import international merchandise for sale to domestic merchants or consumers. Import director arranges for purchase and transportation of imports through company representatives abroad and sells imports to local customers. Sells domestic goods, materials or products to representatives of foreign companies. Knowledge of the Russian diamond industry is required.

14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above.

| | | | | | |
|---|---|---|---|---|---|
| EDUCATION (Enter number of years) | Grade School: 10 | High School: 4 | College: 4 | College Degree Required (specify): B.A. | Major Field of Study: Finance/Economics |
| TRAINING | No. Yrs.: N/A | No. Mos.: N/A | Type of Training: N/A | | |
| EXPERIENCE | Job Offered: Yrs. 2, Mos. 0 | Related Occupation: Yrs. 0, Mos. 0 | Related Occupation (specify): N/A | | |

15. Other Special Requirements: N/A

16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor: Office Manager

17. Number of Employees Alien will Supervise: 0

ENDORSEMENTS (Make no entry in this section - for government use only)

| Date Forms Received | |
|---|---|
| L.O. APR 23 2004 | S.O. |
| R.O. | N.O. |
| Ind. Code | Occ. Code 13-1022 |
| Occ. Title Wholesale & Retail Buyers - Except Farm Products | |

98031

### CERTIFICATION

PURSUANT TO THE PROVISIONS OF SECTION 212 (A) (14) OF THE IMMIGRATION AND NATIONALITY ACT AS AMENDED, I HEREBY CERTIFY THAT THERE ARE NOT SUFFICIENT U.S. WORKERS AVAILABLE AND THE EMPLOYMENT OF THE ABOVE WILL NOT ADVERSELY AFFECT THE WAGES AND WORKING CONDITIONS OF WORKERS IN THE U.S. SIMILARLY EMPLOYED.

12-20-06 (DATE) [signature] (CERTIFYING OFFICER)

Replaces MA 7-50A, B and C (Apr. 1970 edition) which is obsolete.

ETA 750 (Oct 1979)

## PART B. STATEMENT OF QUALIFICATIONS OF ALIEN

**FOR ADVICE CONCERNING REQUIREMENTS FOR ALIEN EMPLOYMENT CERTIFICATION:** If alien is in the U.S., contact nearest office of Immigration and Naturalization Service. If alien is outside U.S., contact nearest U.S. Consulate.

**IMPORTANT: READ ATTACHED INSTRUCTIONS BEFORE COMPLETING THIS FORM.**

Print legibly in ink or use a typewriter. If you need more space to fully answer any questions on this form, use a separate sheet. Identify each answer with the number of the corresponding question. Sign and date each sheet.

1. Name of Alien (Family name in capital letters): YAKOVLEV | First name: Vasily | Middle name: I | Maiden name:

2. Present Address (No., Street, City or Town, State or Province and ZIP Code): 1160 Baywood Drive, Petaluma, CA 94928 | 3 | Country: USA

3. Type of Visa (If in U.S.): H1B

4. Alien's Birthdate (Month, Day, Year): 06/15/1962

5. Birthplace (City or Town, State or Province): Republic of Sakha | Country: Russia

6. Present Nationality or Citizenship (Country): Russian

7. Address in United States Where Alien Will Reside: 1160 Baywood Drive, Petaluma, CA 94928

8. Name and Address of Prospective Employer if Alien has job offer in U.S.: Tuymaada USA, Inc., 760 Market Street, Suite 729 San Francisco CA 94108

9. Occupation in which Alien is Seeking Work: Import Director

10. "X" the appropriate box below and furnish the information required for the box marked.

a. ☐ Alien will apply for a visa abroad at the American Consulate in → City in Foreign Country / Foreign Country

b. ☒ Alien is in the United States and will apply for adjustment of status to that of a lawful permanent resident in the office of the Immigration and Naturalization Service at → City: Laguna Niguel | State: California

11. Names and Addresses of Schools, Colleges and Universities Attended (Include trade or vocational training facilities)

| Names and Addresses of Schools | Field of Study | FROM Month | FROM Year | TO Month | TO Year | Degrees or Certificates Received |
|---|---|---|---|---|---|---|
| School of Geology, Moscow State University, Moscow, Russia | Diamond Studies | May | 1999 | September | 1999 | Diamond Expert |
| Russian Academy of State Employment, 84 Vernadskogo Av., Moscow, Russia | Law | October | 1994 | July | 1998 | None |
| All Russian Foreign Trade Academy, Moscow, Russia | International Economy | September | 1992 | June | 1995 | Bachelor's |
| Yakutsk State University, Yakutsk, Russia | English and Literature | September | 1979 | June | 1984 | Bachelor's and Master's |

### SPECIAL QUALIFICATIONS AND SKILLS

12. Additional Qualifications and Skills Alien Possesses and Proficiency in the use of Tools, Machines or Equipment Which Would Help Establish if Alien Meets Requirements for Occupation in Item 9.

N/A

13. List Licenses (Professional, journeyman, etc.)

None

14. List Documents Attached Which are Submitted as Evidence that Alien Possesses the Education, Training, Experience, and Abilities Represented

N/A

Endorsements

(Make no entry in this section — FOR Government Agency USE ONLY)

DATE REC. DOL

O.T. & C.

(Items continued on next page)

## 15. WORK EXPERIENCE

List all jobs held during past three (3) years. Also, list any other jobs related to the occupation for which the alien is seeking certification as indicated in item 9.

**d. NAME AND ADDRESS OF EMPLOYER**
ALROSA Ltd.
Moscow, Russia

**NAME OF JOB:** Chief Expert of Investment Dept.

| DATE STARTED | | DATE LEFT | | KIND OF BUSINESS | NO. OF HOURS PER WEEK |
|---|---|---|---|---|---|
| Month June | Year 1998 | Month December | Year 1998 | Diamond mining company | 40 |

**DESCRIBE IN DETAILS THE DUTIES PERFORMED, INCLUDING THE USE OF TOOLS, MACHINES, OR EQUIPMENT**
Developed effective project financing. Monitored and maintained stock. Designed strategy of company in selecting the effective financial and legal consultants and auditors and lender conditions. Managed the control and governance of the subsidiaries and daughter firms of the company.

**c. NAME AND ADDRESS OF EMPLOYER**
Ayar Jur International LTD
Yakutsk, Republic of Sakha

**NAME OF JOB:** Marketing and Information Director & Vice President of Int'l. Relations

| DATE STARTED | | DATE LEFT | | KIND OF BUSINESS | NO. OF HOURS PER WEEK |
|---|---|---|---|---|---|
| Month January | Year 1996 | Month June | Year 1998 | Law and consulting firm | 40 |

**DESCRIBE IN DETAIL THE DUTIES PERFORMED, INCLUDING THE USE OF TOOLS, MACHINES, OR EQUIPMENT**
Established relationship with foreign investors. Strategic planning, marketing, and general management. Consulted with Shilongagh Group, provided legal advice for activities of the factory SDA-Almaz in Yakutsk. Served as consultant for the National Oil and Gas Company of Yakutsk "Sakhaneftegas", in privatization and equity restructuring.

**b. NAME AND ADDRESS OF EMPLOYER**
Ayar Jur International LTD (Moscow branch)
Moscow, Russia

**NAME OF JOB:** Director

| DATE STARTED | | DATE LEFT | | KIND OF BUSINESS | NO. OF HOURS PER WEEK |
|---|---|---|---|---|---|
| Month December | Year 1993 | Month December | Year 1995 | Law and consulting firm | 40 |

**DESCRIBE IN DETAIL THE DUTIES PERFORMED, INCLUDING THE USE OF TOOLS, MACHINES, OR EQUIPMENT**
Coordinated all activities within the Moscow region, CIS and foreign countries.

## 16. DECLARATIONS

**DECLARATION OF ALIEN:** Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct.

SIGNATURE OF ALIEN    DATE 04.24.01

**AUTHORIZATION OF AGENT OF ALIEN:** I hereby designate the agent below to represent me for the purpose of labor certification and I take full responsibility for accuracy of any representations made by my agent.

SIGNATURE OF ALIEN    DATE 04.24.01

NAME OF AGENT (Type or print): Christopher A. Kerosky
KEROSKY & BRADLEY

ADDRESS OF AGENT (No., Street, City, State, ZIP Code): 785 Market Street, 15th Floor
San Francisco, CA 94103

18. COMPLETE ITEMS ONLY IF JOB IS TEMPORARY

| a. No. of Openings To Be Filled By Aliens Under Job Offer | b. Exact Dates You Expect To Employ Alien — From | To |
|---|---|---|
| N/A | N/A | N/A |

19. IF JOB IS UNIONIZED (Complete)

| a. Number of Local | b. Name of Local | c. City and State |
|---|---|---|
| N/A | N/A | N/A |

20. STATEMENT FOR LIVE-AT-WORK JOB OFFERS (Complete for Private Household Job ONLY)

a. Description of Residence ("X" one)
☐ House
☐ Apartment

Number of Rooms: N/A

b. No. Persons Residing at Place of Employment

| Adults | | Children | Ages |
|---|---|---|---|
| N/A | BOYS | N/A | N/A |
| | GIRLS | N/A | N/A |

c. Will free board and private room not shared with anyone be provided? ("X" one) ☐ YES ☐ NO

21. DESCRIBE EFFORTS TO RECRUIT U.S. WORKERS AND THE RESULTS. (Specify Sources of Recruitment by Name)

**Employer is prepared to place a job order for this position with the local office of the Employment Department; to place advertising for three consecutive days in a newspaper of general circulation; and to post a notice of the job availability within the office for ten business days.**

22. Applications require various types of documentation. Please read PART II of the instructions to assure that appropriate supporting documentation is included with your application.

23. EMPLOYER CERTIFICATIONS

*By virtue of my signature below, I HEREBY CERTIFY the following conditions of employment.*

a. I have enough funds available to pay the wage or salary offered the alien.

b. The wage offered equals or exceeds the prevailing wage and I guarantee that, if a labor certification is granted, the wage paid to the alien when the alien begins work will equal or exceed the prevailing wage which is applicable at the time the alien begins work.

c. The wage offered is not based on commissions, bonuses, or other incentives, unless I guarantee a wage paid on a weekly, bi-weekly or monthly basis.

d. I will be able to place the alien on the payroll on or before the date of the alien's proposed entrance into the United States.

e. The job opportunity does not involve unlawful discrimination by race, creed, color, national origin, age, sex, religion, handicap, or citizenship.

f. The job opportunity is not:

(1) Vacant because the former occupant is on strike or is being locked out in the course of a labor dispute involving a work stoppage.

(2) At issue in a labor dispute involving a work stoppage.

g. The job opportunity's terms, conditions and occupational environment are not contrary to Federal, State or local law.

h. The job opportunity has been and is clearly open to any qualified U.S. worker.

24. DECLARATIONS

DECLARATION OF EMPLOYER ➤ *Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct.*

SIGNATURE: [signature] DATE: 4-16-04

NAME (Type or Print): David Dikinis

TITLE: Director

AUTHORIZATION OF AGENT OF EMPLOYER ➤ *I HEREBY DESIGNATE the agent below to represent me for the purposes of labor certification and I TAKE FULL RESPONSIBILITY for accuracy of any representations made by my agent.*

SIGNATURE OF EMPLOYER: [signature] DATE: 4-16-04

NAME OF AGENT (Type of Print): Christopher A. Kerosky, KEROSKY & Associates

ADDRESS OF AGENT (Number, Street, City, State, ZIP Code): 785 Market Street, Suite 1120, San Francisco, CA 94103

## 15. WORK EXPERIENCE

List all jobs held during the last three (3) years. Also, list any other jobs related to the occupation for which the alien is seeking certification as indicated in item 9.

**a. NAME AND ADDRESS OF EMPLOYER**
Tuymaada USA, Inc.
760 Market Street, Suite 729 San Francisco CA 94102

NAME OF JOB: Import Director
KIND OF BUSINESS: Diamond Manufacturer and Importer
DATE STARTED: Month February, Year 2001
DATE LEFT: Month Present, Year
NO. OF HOURS PER WEEK: 40

DESCRIBE IN DETAILS THE DUTIES PERFORMED, INCLUDING THE USE OF TOOLS, MACHINES, OR EQUIPMENT:
Import International merchandise for sale to domestic merchants or consumers. Import director arranges for purchase and transportation of imports through company representatives or foreign companies. Sells domestic goods, materials to producers or wholesalers abroad and sells imports to local customers. Knowledge of the Russian diamond industry. Spoke English, Russian, and Sakhan in business transactions.

**b. NAME AND ADDRESS OF EMPLOYER**
Tuymaada
Yakutsk, Republic of Sakha

NAME OF JOB: Deputy General Director
KIND OF BUSINESS: Diamond Manufacturer and Importer
DATE STARTED: Month October, Year 1999
DATE LEFT: Month February, Year 2001
NO. OF HOURS PER WEEK: 40

DESCRIBE IN DETAIL THE DUTIES PERFORMED, INCLUDING THE USE OF TOOLS, MACHINES, OR EQUIPMENT:
Promote production and establish retail sales system of marketing and retails sales in North America.

**c. NAME AND ADDRESS OF EMPLOYER**
ALROSA Ltd.
Moscow, Russia

NAME OF JOB: Director of Investment Dept.
KIND OF BUSINESS: Diamond mining company
DATE STARTED: Month December, Year 1998
DATE LEFT: Month October, Year 1999
NO. OF HOURS PER WEEK: 40

DESCRIBE IN DETAIL THE DUTIES PERFORMED, INCLUDING THE USE OF TOOLS, MACHINES, OR EQUIPMENT:
Directed investment negotiations and feasibility study analysis of the diamond mining, diamond cutting and other investment projects in the territory of the Republic of Sakha. Developed effective project financing. Monitoring and maintained stock. Designed strategy of company in attracting the effective financial and legal consultants and auditors and tender conditions. Managed the capital and governance of the subsidiaries and daughter firms of the company.

## 14. DECLARATIONS

DECLARATION OF ALIEN — Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct.
SIGNATURE OF ALIEN          DATE 01/30/04

AUTHORIZATION OF ALIEN AGENT — I hereby designate the agent below to represent me for the purpose of labor certification and I take full responsibility for accuracy of any representations made by my agent.
SIGNATURE OF ALIEN          DATE 01/30/04

NAME OF AGENT (Type or Print): Christopher A. Kerosky
KEROSKY & Associates
ADDRESS OF AGENT (No., Street, City, State, ZIP Code): 785 Market Street, Suite 1120 San Francisco, CA 94103