1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 VASILY YAKOVLEV, MARINA              )
   YAKOVLEVA, PAVEL YAKOVLEV and        ) No. C 07-0630 MHP
13 ALEXANDER YAKOVLEV,                  )
                                        )
14             Plaintiffs,              )
                                        ) **STIPULATION TO EXTEND DATES;**
15       v.                             ) **and [PROPOSED] ORDER**
                                        )
16 MICHAEL CHERTOFF, in his Official Capacity;)
   Secretary, Department of Homeland Security; )
17 ALBERTO R. GONZALES, in his Official )
   Capacity, Attorney General, U.S. Department )
18 of Justice; and DAVID STILL, in his Official )
   Capacity, District Director, California Service )
19 Center, U.S. Citizenship and Immigration )
   Services, U.S. Department of Homeland Security,)
20                                      )
               Defendants.               )
21 _____)

22      Plaintiffs, by and through their attorney of record, and Defendants, by and through their

23 attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

24      1. Plaintiff filed this action on or about January 31, 2007, and Defendants' Answer is currently

25 due on April 2, 2007.

26      2. Pursuant to this Court's January 31, 2007 Order Setting Initial Case Management

27 Conference, the parties are required to file a joint case management statement on May 7, 2007,

28 and attend a case management conference on May 14, 2007.

Stipulation to Extend Dates
C07-0630 MHP                                    1

3. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day for Defendants to file an Answer | April 30, 2007 |
| Last day to file Joint ADR Certification | May 28, 2007 |
| Last day to file/serve Joint Case Management Statement: | June 11, 2007 |
| Case Management Conference: | June 18, 2007 at 4:00 p.m. |

Dated: March 30, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: March 30, 2007                    /s/
CONSTANTINE ZHUKOVSKY
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   April 4, 2007

IT IS SO ORDERED
Judge Marilyn H. Patel

Stipulation to Extend Dates
C07-0630 MHP                                2