SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VASILY YAKOVLEV, MARINA YAKOVLEVA, PAVEL YAKOVLEV and ALEXANDER YAKOVLEV,<br><br>        Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, in his Official Capacity; Secretary, Department of Homeland Security; ALBERTO R. GONZALES, in his Official Capacity, Attorney General, U.S. Department of Justice; and DAVID STILL, in his Official Capacity, District Director, California Service Center, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security,<br><br>        Defendants. | No. C 07-0630 MHP<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    Plaintiffs, by and through their attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the approval of Plaintiffs' adjustment of status applications (Form I-485).

    Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-0630 MHP                            1

| | | |
|---|---|---|
| 1 | Dated: April 5, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |

<br>

<u>          /s/          </u>
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: April 5, 2007

<u>          /s/          </u>
CONSTANTINE ZHUKOVSKY
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: April 10, 2007

IT IS SO ORDERED
Judge Marilyn H. Patel

Stipulation to Dismiss
C07-0630 MHP                                    2